**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. <u>26-mj-8058-BER</u>

UNITED STATES OF AMERICA

v.

ALEJANDRO GUERRA-
RODRIGUEZ

_____ /
              **Defendant.**

FILED BY_____**SP**_____D.C.

**Jan 27, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes  ☑ No

3.  Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes  ☑ No

4.  4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes  ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _Suzanne Huyler_____

Suzanne Huyler
ASSISTANT UNITED STATES ATTORNEY
District Court No.   A5503350
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:      (561) 820-8711
Fax:     (561) 820-8777
Email:  Suzanne.Huyler@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ALEJANDRO GUERRA-RODRIGUEZ | ) | Case No.  26-mj-8058-BER |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

**FILED BY_____SP_____D.C.**

**Jan 27, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____May 11, 2024____ in the county of ____Palm Beach____ in the ____Southern____ District of ____Florida____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8 U.S.C. 1326(a) | Illegal re-entry into the United States after deportation or removal |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DO Andy Korzen
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: _____

Digitally signed by Bruce E. Reinhart
Date: 2026.01.27 15:16:03 -05'00'

_____
*Judge's signature*

City and state: ____West Palm Beach, FL____

Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Alejandro GUERRA-RODRIGUEZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.      On or about May 11, 2024, Alejandro GUERRA-RODRIGUEZ was arrested in Palm Beach County, Florida on charges of leaving scene of accident with injuries and driving without a valid driver's license. He was booked and detained at the Palm Beach County Jail. On or about May 12, 2024, Alejandro GUERRA-RODRIGUEZ bonded out and was released from custody prior to ICE taking any action.

1

4.      On or about January 23, 2026, Alejandro GUERRA-RODRIGUEZ was arrested in Palm Beach County, Florida on charge of driving under the influence-property damage. He was booked and detained at the Palm Beach County Jail.

5.      A review of the immigration records shows that Alejandro GUERRA-RODRIGUEZ is a native and citizen of Mexico. Records further show that on or about February 11, 2013, Alejandro GUERRA-RODRIGUEZ was ordered removed from the United States. The Order of Removal was executed on or about February 12, 2013, whereby Alejandro GUERRA-RODRIGUEZ was removed from the United States and returned to Mexico.

6.      Thereafter, Alejandro GUERRA-RODRIGUEZ re-entered the United States, illegally, his prior order of removal was reinstated, and on or about January 28, 2014, was removed and returned to Mexico for the second time.

7.      Alejandro GUERRA-RODRIGUEZ's fingerprints taken in connection with his May 11, 2024, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Alejandro GUERRA-RODRIGUEZ.

8.      A record check was performed in the Computer Linked Application Informational Management System to determine if Alejandro GUERRA-RODRIGUEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Alejandro GUERRA-RODRIGUEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

2

9.      Based on the foregoing, I submit that probable cause exists to believe that,

on or about May 11, 2024, Alejandro GUERRA-RODRIGUEZ, an alien who has

previously been deported and removed from the United States, was found in the United

States without having received the express consent from the Attorney General or the

Secretary of the Department of Homeland Security for re-admission into the United

States, in violation of Title 8, United States Code, Section 1326(a).

_____

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _____ day of January 2026.

Digitally signed by
Bruce E. Reinhart
Date: 2026.01.27
15:35:46 -05'00'
_____

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

3

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   ALEJANDRO GUERRA-RODRIGUEZ

**Case No**:

Illegal Reentry into the United States after deportation or removal

Title 8, United States Code, Section 1326 (a)
* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000
* **Special Assessment**: $100 upon conviction

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**